134 A.3d 447

**Florence MASON, Petitioner**

v.

**Hon. Giovanni CAMPBELL, J.C.P., Christopher Boltinghouse, R. Seth Williams, Respondents.**

**No. 19 EM 2016.**

Supreme Court of Pennsylvania.

April 6, 2016.

*ORDER*

PER CURIAM.

**AND NOW,** this 6th day of April, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Complaint/Petition in Mandamus is **DENIED.**